Prepared by State Reporter from Appeal Papers

JOHN J. HOGAN, Respondent, *v.* STAR COMPANY, Appellant.

*Appeal — motion to dismiss granted.*

Reported below, 212 App. Div. 883.

(Submitted May 7, 1928; decided May 11, 1928.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 18, 1925, which reversed an order of Special Term granting a motion, by defendant, to dismiss the second amended complaint herein. Defendant sought to bring the order up for review on appeal by him from a final judgment.

The motion was made upon the ground that the time within which to appeal had expired.

*Helen P. McCormick* for motion.

*Arthur Moynihan* opposed.

Motion denied, with ten dollars costs.

---

WALSTON H. BROWN, Individually and as Trustee for Stockholders of THE CALIFORNIA COMPANY, Plaintiff, *v.* WILLIAM L. KANN et al., Respondents.

EVA R. I. BROWN, as Committee of the Estate of WALSTON H. BROWN, an Incompetent Person, Appellant.

*Contract — rescission — counterclaim — action to rescind contract for sale of entire stock of corporation free of incumbrances against stock or property of corporation.*

*Brown* v. *Kann*, 221 App. Div. 874, affirmed.

(Argued May 1, 1928; decided May 29, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 3, 1927, affirming a judgment in favor of defendants entered upon the report of a referee. The action was to rescind a contract whereby plaintiff individually contracted to sell the whole capital stock of the California Company, a corporation owning certain lands and water rights in California, and agreed to turn over

the property free from incumbrances either against the stock or the property. The defendant alleging that in judicial proceedings in California the water rights of the corporation had been adjudged to be a public utility, suspended payment under the contract, whereupon this action was begun. Defendant counterclaimed for damages.

*Vincent H. Rothwell, Harold Harper* and *Murray F. Johnson* for appellant.

*William L. Wemple* and *William J. O'Shea, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

WILL HUBBELL, as Trustee in Bankruptcy of ELMER E. TRAVIS, Respondent, *v.* ELMER E. TRAVIS et al., Appellants.

*Fraudulent conveyance — debtor and creditor — action to set aside conveyance of personal property as in fraud of creditors.*

*Hubbell* v. *Travis,* 221 App. Div. 812, affirmed.
(Argued May 2, 1928; decided May 29, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to set aside a conveyance of personal property as in fraud of creditors.

*John Bright, Charles C. Redfield* and *Abram F. Servin* for appellants.

*George A. Speenburgh, Andrew C. Fenton* and *Ralph S. Ives* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.